IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JAMES DAVID WHEAT                                                    PLAINTIFF


VS.                                    CASE NO. 09-CV-4036


DEPUTY JONES, Miller County
Jail; CORPORAL HOGAN,
Miller County Jail; JAILER DOUG
ARNOLD, Miller County Jail;
FORMER SHERIFF LINDA RAMBO;
and FORMER JAIL ADMINISTRATOR
JANICE NICHOLSON                                                     DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed on September 21, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 23). The Plaintiff has responded and does not object to the magistrate judge's Report and Recommendation. Therefore, the Court adopts *in toto* Judge Bryant's findings and recommendation. Accordingly, the Court finds that Plaintiff James David Wheat's claims against Defendant Deputy Jones should be and hereby are **dismissed**.

IT IS SO ORDERED, this 23rd day of October, 2009.


                                                    /s/Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge