IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES DAVID WHEAT                                                                PLAINTIFF

VS.                                    CASE NO. 09-CV-4036

DEPUTY JONES, Miller County
Jail; CORPORAL HOGAN,
Miller County Jail; JAILER
DOUG ARNOLD, Miller
County Jail; FORMER SHERIFF
LINDA RAMBO; and FORMER
JAIL ADMINISTRATOR
JANICE NICHOLSON                                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on February 5, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 40). Fourteen (14) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate Judge's recommendation.

Accordingly, Plaintiff James David Wheat's claims against Defendant Corporal Hogan should be and hereby are dismissed without prejudice.

IT IS SO ORDERED, this 5th day of March, 2010.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge