IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES DAVID WHEAT                                                                                         PLAINTIFF

v.                                Civil No. 4:09-cv-04036

DEPUTY JONES, Miller County
Jail; CORPORAL HOGAN,
Miller County Jail; JAILER
DOUG ARNOLD, Miller
County Jail; FORMER SHERIFF
LINDA RAMBO; and FORMER
JAIL ADMINISTRATOR
JANICE NICHOLSON                                                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, James Wheat, filed this action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On June 15, 2011, a motion to dismiss this case (ECF No. 73) was filed. The parties indicate they have reached a settlement agreement.

I therefore recommend that the motion to dismiss (ECF No. 73) be granted and the case dismissed with prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of June 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE